# Criminal Case Cover Sheet
## U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number 06-00001

Same Defendant _____ New Defendant __X__

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name _____Pauline Marie Castro_____

Alias Name _____

Address _____

**RECEIVED JAN 3 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Birth date __XX/XX/1972__ SS# __XXX-XX-7199__ Sex __F__ Race __PI__ Nationality __U.S.__

**U.S. Attorney Information:**

AUSA __Karon V. Johnson__

Interpreter: __X__ No ____ Yes    List language and/or dialect: _____N/A_____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    ____ Petty ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1: 18 U.S.C. § 2, and 21 U.S.C. § 841(a)(1) | DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE | 1, 2 |
| Set 2: | | |
| Set 3: | | |
| Set 4: | | |

(Continued on reverse)

Date: __12/28/05__   Signature of AUSA: __Karon V. Johnson__