# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

Superseding Indictment: _____  Docket Number: **06-00001**

Same Defendant: _____  New Defendant: X

Search Warrant Case Number: _____

R 20/ R 40 from District of: _____

**Defendant Information:**

Juvenile: Yes ___ No X    Matter to be sealed: Yes ___ No X

Defendant Name: John Junior Cruz

Allisas Name: _____

Address: _____

*RECEIVED JAN 3 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM*

Birth date: XX/XX/1974   SS#: XXX-XX-7534   Sex: M   Race: PI   Nationality: U.S.

**U.S. Attorney Information:**

AUSA: Karon V. Johnson

Interpreter: X No ___ Yes    List language and/or dialect: N/A

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 2    ___ Petty  ___ Misdemeanor  X Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2, and 21 U.S.C. § 841(a)(1) | DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE | 1, 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: 12/20/05    Signature of AUSA: *Karon V. Johnson*