# UNITED STATES DISTRICT COURT

District of _____ GUAM ✓

UNITED STATES OF AMERICA

V.

JOHN JUNIOR CRUZ

**WARRANT FOR ARREST**

Case Number: CR-06-00001-002

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOHN JUNIOR CRUZ _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

18:2 & 21:841(a)(1) - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE (COUNTS 1 and 2)

**FILED**
**DISTRICT COURT OF GUAM**
**FEB 1 0 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

in violation of Title _____ United States Code, Section(s) _____

MARILYN B. ALCON
Name of Issuing Officer

Signature of Issuing Officer: [signature]

Deputy Clerk
Title of Issuing Officer

Date: 1/4/2006

Location: Hagatna, Guam

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

108 Herman Cortez Ave., #300, Hagatna, Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02-08-2006 | Paul Griffith, DEA SA | [signature] |
| DATE OF ARREST 02-10-2006 | | |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ JOHN JUNIOR CRUZ _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____      WEIGHT: _____

SEX: _____      RACE: _____

HAIR: _____      EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

ORIGINAL

