IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE


FILED
DISTRICT COURT OF GUAM
FEB 1 0 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00001-002**         **DATE: February 10, 2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: J. HATTORI
Official Court Reporter: Wanda Miles         Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 4:21:28 - 4:37:10    CSO: J. Lizama

* * * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** __JOHN JUNIOR CRUZ__         **ATTY:** __PHILIP J. TYDINGCO__
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON         AGENT:

U.S. PROBATION: STEVE GUILLIOTT         U.S. MARSHAL: C. MARQUEZ

**PROCEEDINGS: INITIAL APPEARANCE AND ARRAIGNMENT**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: *John Junior Cruz: __Philip J. Tydingco__* , Attorney Appointed
( X ) DEFENDANT SWORN AND EXAMINED    AGE: ___    SCHOOL COMPLETED: __Graduated from high school__
( X ) DEFENDANTS ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF
    THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEA(S) ENTERED: ( ) GUILTY ( X ) NOT GUILTY TO: __BOTH COUNTS OF THE INDICTMENT__

( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*

( X ) TRIAL SET FOR: __APRIL 10, 2006 AT 9:30 A.M.__

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING ( X ) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:
Trial Order executed.

Government opposed the release of the defendant. Defense argued for release of the defendant and submitted on the
recommendation in the pretrial services report.

The Court Denied the defendant's release and stated its reasons.

*Courtroom Deputy:* ____