FILED
DISTRICT COURT OF GUAM
FEB 10 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**JOHN JUNIOR CRUZ,**<br><br>    Defendant. | CRIMINAL CASE NO. 06-00001-002<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **PHILIP J. TYDINGCO** is appointed to represent the defendant in the above-entitled.

Dated this 10th day of February, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM