
DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN JUNIOR CRUZ,<br><br>Defendant. | CRIMINAL CASE NO. 06-00001-002<br><br>A M E N D E D<br>APPOINTMENT ORDER |
|---|---|

IT IS HEREBY ORDERED that **PHILLIP J. TYDINGCO** is appointed to represent the defendant in the above-entitled.

Dated this 13th day of February, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

ORIGINAL