# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,  <br><br>                    Plaintiff,  <br><br> vs.  <br><br> John Junior Cruz,  <br><br>                    Defendant. | Case No. 1:06-cr-00001-002 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Amended Appointment Order and Order of Detention filed February 13, 2006,* on the dates indicated below:

| *U.S. Attorney's Office* | *Phillip Tydingco* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *February 14, 2006* | *February 15, 2006* | *February 14, 2006* <br> *Order of Detention Only* | *February 13, 2006* <br> *Order of Detention Only* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Amended Appointment Order and Order of Detention filed February 13, 2006,*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 15, 2006                                    /s/ Marilyn B. Alcon
                                                                              Deputy Clerk