ALTERNATE PUBLIC DEFENDER
Suite 902, Pacific News Building
238 AFC Flores Street
Hagatña, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238

**FILED**
DISTRICT COURT OF GUAM
MAR 21 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **06-00001** |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| PAULINE MARIE CASTRO, and **JOHN JUNIOR CRUZ**, | |
| Defendants. | |

I, MICHAEL BORRETA, an employee of the Alternate Public Defender hereby certify that true and exact copies of Defendant Cruz's (1) Motion for Pretrial Discovery of ATF, DEA and/or Guam Police Confidential Informant file information and (2) Motion to Compel Discovery were duly hand-delivered on March 21, 2006 to:

KARON V. JOHNSON
Assistant United States Attorney
U.S. Attorney's Office
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Dated this 21st day of March 2006 at Hagatna, Guam.

_____
MICHAEL BORRETA
Legal Clerk

ORIGINAL