johncruzstp2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 30 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN JUNIOR CRUZ,<br><br>Defendant. | CRIMINAL CASE NO. 06-00001<br><br>**AMENDED STIPULATION**<br>Re: Motion to Compel Discovery<br>And Motion for Pretrial Discovery |

The defendant filed two motions to compel discovery and pretrial discovery, both concern the informant in this case. The parties herein stipulate that the plea agreement for the informant and any prior criminal record will be turned over to the defense three (3) days prior to trial. This stipulation resolves outstanding issues in both of defendant's motion to compel discovery and motion for pretrial discovery.

SO STIPULATED.

3-30-06
DATE

_/s/ Philip J. Tydingco_
PHILIP J. TYDINGCO
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

3-30-06
DATE

_Frederick A. Black for K.J._
KARON V. JOHNSON
Assistant U.S. Attorney