


**FILED**
DISTRICT COURT OF GUAM
APR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06-00001 |
| Plaintiff, | |
| vs. | ORDER |
| JOHN JUNIOR CRUZ, | |
| Defendant. | |

The trial in this case is presently scheduled for Monday, April 10, 2006. Due to the scheduling needs of the Court IT IS HEREBY ORDERED that the trial be rescheduled to Tuesday, April 11, 2006, at 9:30 A.M. before the Honorable Roger T. Benitez.* All trial documents are to be submitted by April 3, 2006.

SO ORDERED this 31th day of March, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

---

*The Honorable Roger T. Benitez, United States Senior District Judge for Southern District of California, by designation.