ORIGINAL

paulinecastroequip

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

APR - 3 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. <u>06-00001</u> |
| Plaintiff, ) | **GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT** |
| vs. ) | |
| JOHN JUNIOR CRUZ, ) | |
| Defendant. ) | |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter beginning April 10, 2006.

RESPECTFULLY SUBMITTED this <u>3rd</u> day of April 2006.

                            LEONARDO M. RAPADAS
                            United States Attorney
                            Districts of Guam and NMI

By: _/s/ Frederick A. Black for K.V.J._
      KARON V. JOHNSON
      Assistant United States Attorney