ORIGINAL

paulinecastrowit

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
APR - 3 2006 9P
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOHN JUNIOR CRUZ,<br><br>        Defendant. | CRIMINAL CASE NO. 06-00001<br><br>**UNITED STATES'**<br>**WITNESS LIST** |

    COMES NOW the United States and hereby files with the Court a list of proposed witnesses for purposes of voir dire.

    Respectfully submitted this 3rd day of April 2006.

                                               LEONARDO M. RAPADAS
                                               United States Attorney
                                               Districts of Guam and NMI

                           By: _____
                                             KARON V. JOHNSON
                                             Assistant U.S. Attorney

## WITNESS LIST

1) Monica Price
   Forensic Chemist
   DEA South Western Laboratory

2) John Ryan
   Forensic Chemist
   DEA South Western Laboratory

3) Kenneth Torres
   Special Agent
   ATF

4) Nancy Castro
   Dededo

5) John Quintanilla
   Special Agent
   ATF

6) Craig Camacho
   Guam Customs & Quarantine Agency

7) Barbara Tayama
   Guam Customs & Quarantine Agency

8) Frank R. Santos
   Guam Police Department

- i -

Case 1:06-cr-00001    Document 35    Filed 04/03/2006    Page 2 of 2