paulinecastroexh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

APR - 3 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00001 |
| Plaintiff, | ) | |
| vs. | ) | UNITED STATES' EXHIBIT LIST |
| JOHN JUNIOR CRUZ, | ) | |
| Defendant. | ) | |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this 3rd day of April 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Audio Recording of three Telephone Calls between Nancy Castro and Pauline Castro on 6/25/05 | _____ | _____ |
| 2 | Transcript of Call #1 to Pauline Castro - 6/25/05 | _____ | _____ |
| 3 | Transcript of Call #2 to Pauline Castro - 6/25/05 | _____ | _____ |
| 4 | Transcript of Call #3 From Pauline Castro - 6/25/06 | _____ | _____ |
| 5 | Audio Recording of Meeting Between Nancy Castro and Pauline Castro on 6/25/05 | _____ | _____ |
| 6 | Transcript of Conversation of Meeting on 6/25/05 | _____ | _____ |
| 7 | Packet of Ice Purchased by Nancy Castro on 6/25/05 | _____ | _____ |
| 8 | Audio Recording of Telephone Calls between Nancy Castro, Pauline Castro, and John Cruz on 7/18/05 | _____ | _____ |
| 9 | Transcript of Conversation of Calls on 7/18/05 | _____ | _____ |
| 10 | Audio Recording of Meeting between Nancy Castro and Pauline Castro on 7/18/05 | _____ | _____ |
| 11 | Transcript of Conversation of Meeting on 7/18/05 | _____ | _____ |
| 12 | Packet of Ice Purchased by Nancy Castro on 7/18/05 | _____ | _____ |