ORIGINAL

paulinecastrover

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

APR - 3 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00001 |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES' [PROPOSED] VERDICT FORM** |
| JOHN JUNIOR CRUZ, | ) | |
| Defendant. | ) | |

COMES NOW the United States and provides the proposed Verdict Form for use concerning JOHN JUNIOR CRUZ.

Respectfully submitted this 3rd day of April, 2006.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI

By: _____
      KARON V. JOHNSON
      Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00001 |
| Plaintiff, ) | |
| vs. ) | VERDICT FORM |
| JOHN JUNIOR CRUZ, ) | |
| Defendant. ) | |

## COUNT I

**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled cause unanimously find the defendant, JOHN JUNIOR CRUZ: Violation of Title 21, United States Code, Sections 841(a)(1) and 846, Conspiracy to Distribute Methamphetamine Hydrochloride:

/ / NOT GUILTY

/ / GUILTY

## COUNT II

**DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled cause unanimously find the defendant, JOHN JUNIOR CRUZ: Violation of Title 21, United States Code, Section 841(a)(1), Distribution of Methamphetamine Hydrochloride:

/ / NOT GUILTY

/ / GUILTY

## COUNT III

## DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled cause unanimously find the defendant, JOHN JUNIOR CRUZ: Violation of Title 21, United States Code, Section 841(a)(1), Distribution of Methamphetamine Hydrochloride:

/ / NOT GUILTY

/ / GUILTY

DATED this _____ of April 2006, at Hagatna, Guam.

_____
FOREPERSON