LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
APR - 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00001 |
| Plaintiff, | ) ) | **O R D E R** |
| vs. | ) ) | Re: April 3, 2006 Government's Request for Use Of Court's Equipment |
| JOHN JUNIOR CRUZ, | ) ) | |
| Defendant. | ) ) | |

The Government's request to use the Court's digital evidence presentation system for the trial of this matter is hereby **APPROVED and SO ORDERED.**

April 4, 2006
Date

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL