PHILLIP J. TYDINGCO
Suite 902, Pacific News Building
238 AFC Flores Street,
Hagatna, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238

Attorney for Defendant
JOHN JUNIOR CRUZ

FILED
DISTRICT COURT OF GUAM
APR - 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PAULINE MARIE CASTRO, and **JOHN JUNIOR CRUZ,**<br><br>    Defendants. | CRIMINAL CASE NO. **06-00001**<br><br>**DEFENDANT'S (PROPOSED) VOIR DIRE QUESTIONS** |

COMES NOW, Defendant, JOHN JUNIOR CRUZ, through counsel, Phillip J. Tydingco of the Alternate Public Defender Office, hereby submits pursuant to the order of this Court and Federal Rule of Criminal Procedure 24(a) the following voir dire questions:

1. Have you ever served jury duty before? Grand jury or trial jury? Was it a civil or criminal jury trial? [Can you tell the difference between the juror's duty in a civil case versus a criminal case? Do you understand the difference in the burden of proof?] Was the jury on which you served able to reach a verdict, and what was it?

2. Do you understand that a crime, if any, must be proven by evidence? Do you understand that the indictment in this case is not evidence?

3. Do you understand that it is the Government who has the burden of proof for the charges in this case?

4. Do you understand that the Government must prove each and every element of a crime charged beyond a reasonable doubt?

5. Do you understand that during the trial you must presume the defendant is innocent and not guilty until or unless the Government produces evidence that proves his guilt beyond a reasonable doubt? Is there anyone that does not understand that? If you had to vote right now, before any evidence is presented to you, what would be your verdict?

6. Do you understand that during the trial the defendant does not have to prove he is not guilty--rather the Government must prove him guilty beyond a reasonable doubt, if it can and if the Government does not prove him guilty by evidence beyond a reasonable doubt you must find the defendant not guilty. Does anyone have any problem with the concept that a defendant is presumed innocent and not guilty? Will you hold the Government to its burden of proof?

7. A person accused of a crime does not have to present any evidence and he does not have to testify during the trial. This is one of the rights protected by the United State Constitution. The accused can present evidence and he can testify, but he does not have to do so and the jury cannot hold it against him if he doesn't present evidence and if he doesn't testify. Does anyone disagree with that constitutional protection? If the defendant does not testify in this case is that going to make any difference to you in reaching a verdict?

8. How do you feel about passing judgment on another?

9. Will you abide by your own conscience in deciding upon guilt or innocence, and not be swayed by other jury members simply to reach a consensus?

10. Does anyone have a friend or family member who works for the Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and/or the Guam Police Department (G.P.D.) or for any other law enforcement agency including the U.S. Attorney's Office for the District of Guam and Northern Mariana Islands? If so, what is the nature of the relationship?

11. Do you believe that the testimony of a federal law enforcement agent or police officer should be given greater weight than that of other witnesses? If the Court instructs you that the testimony of a police officer or special agent is to be weighed just like that of any other witness, how would you feel about that and can you follow that instruction?

12. This case involves controlled substances. Is there anyone who thinks they could not be fair to the government or to the defendant because of the subject matter of this case? If so, please raise your hand or inform the Court.

13. Do any of you, your family members or close friends have an addiction to controlled substances of any kind- whether it's prescription drugs, marijuana, cocaine, crack, methamphetamine hydrochloride or "ice", heroin, and so on?

14. Have you, any family member or close friends been arrested or charged with possession, delivery, or distribution of controlled substances like methamphetamine hydrochloride or "ice"? If so, what happened or what was the outcome? Were you satisfied with the final result?

15. Have you or any member of your family or a close friend ever been accused of, or the victim of, any other crime? What was the crime and how long ago did it occur? What was the final result and how did you feel about it or our criminal justice system?

16. If you are selected for this jury is there any reason you cannot or will not listen to the evidence and follow the instructions of this court to arrive at a verdict?

Respectfully submitted this 3rd day of April, 2006 at Hagåtña, Guam.

PHILLIP J. TYDINGCO
Attorney for Defendant
JOHN JUNIOR CRUZ

Page 4 of 4