


```
PHILLIP J. TYDINGCO
Suite 902, Pacific News Building
238 AFC Flores Street,
Hagåtña, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238
```

Attorney for Defendant
JOHN JUNIOR CRUZ

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAULINE MARIE CASTRO, and **JOHN JUNIOR CRUZ**,<br><br>Defendants. | CRIMINAL CASE NO. **06-00001**<br><br>**DEFENDANT'S WITNESS LIST** |

COMES NOW, Defendant, JOHN JUNIOR CRUZ, through counsel, Phillip J. Tydingco of the Alternate Public Defender Office, hereby submits the following witness list:

1. SA John N. Quintanilla, Guam Field Office
2. SA Kenneth C. Torres, Guam Field Office
3. SA Danny Cho, DEA Guam Resident Office
4. SA Paul Griffith, DEA Guam Resident Office
5. Nancy Castro, Dededo

Dated at Hagåtña, Guam: April 3, 2006

PHILLIP J. TYDINGCO
Attorney for Defendant JOHN JUNIOR CRUZ