PHILLIP J. TYDINGCO
Suite 902, Pacific News Building
238 AFC Flores Street,
Hagatña, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238

Attorney for Defendant
JOHN JUNIOR CRUZ

FILED
DISTRICT COURT OF GUAM
APR - 4 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **06-00001** |
| Plaintiff, ) | |
| vs. ) | **DEFENDANT'S EXHIBIT LIST** |
| PAULINE MARIE CASTRO, and **JOHN JUNIOR CRUZ**, ) | |
| Defendants. ) | |

COMES NOW, Defendant, JOHN JUNIOR CRUZ, through counsel, Phillip J. Tydingco of the Alternate Public Defender Office, hereby submits the following exhibits list

| **EXHIBITS**: | Description | Date Identified | Date Admitted |
|---|---|---|---|
| A | 07/07/05, ATF EF 3120.2 FORM, 3 pages | | |
| B | 06/29/05, ATF EF 3400.16 FORM, 3 pages | | |
| C | 08/08/05, ATF EF 3400.16 FORM, 3 pages | | |
| D | 07/19/05, DEA 7 FORM, Lab Report, 1 page | | |
| E | 07/25/05, ATF EF 3120.2 FORM, 4 pages | | |
| F | 07/25/05, ATF EF 3400.16 FORM, 3 pages | | |

ORIGINAL

| EXHIBITS: | Description | Date Identified | Date Admitted |
|---|---|---|---|
| G | 10/31/05, ATF 3120.2 FORM, 2 pages | | |
| H | 07/19/05, DEA 7 FORM, Lab Report, 1 page | | |
| I | Copy of Fingerprint Card of John Jr. Cruz, 1 page | | |
| J | 02/10/06, DEA 6 FORM, 2 pages | | |
| K | 03/30/06, DEA 6 FORM, 2 pages | | |
| L | Transcript, 1st Telephone Call to P.Castro on 06/25/05, 1 page | | |
| M | Transcript, 2nd Telephone Call to P. Castro on 06/25/05, 2 pages | | |
| N | Transcript, 1st Telephone Call from P. Castro on 06/26/05, 1 page | | |
| O | Transcript, Meeting with P. Castro on 06/25/05, 2 pages | | |
| P | Transcript, Telephone Call to P. Castro on 07/18/05, 2 pages | | |
| Q | Transcript, Telephone Call to John on 07/18/05, 3 pages | | |
| R | Meeting with P. Castro on 07/18/05, 3 pages | | |
| S | **Anticipate receiving** the PLEA AGREEMENT re: NANCY CASTRO (ATF/DEA CONFIDENTIAL INFORMANT) **at least three days prior to trial** | | |

Dated at Hagåtña, Guam: April 3, 2006.

*/s/ PHILLIP J. TYDINGCO*
PHILLIP J. TYDINGCO
Attorney for Defendant JOHN JUNIOR CRUZ

Page 2 of 2