
FILED
DISTRICT COURT OF GUAM
APR - 4 2006
MARY L.M. MORAN
CLERK OF COURT

PHILLIP J. TYDINGCO
Suite 902, Pacific News Building
238 AFC Flores Street,
Hagåtña, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238

Attorney for Defendant
JOHN JUNIOR CRUZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **06-00001** |
| Plaintiff, | |
| vs. | **DEFENDANT'S (PROPOSED) VERDICT FORM** |
| PAULINE MARIE CASTRO, and **JOHN JUNIOR CRUZ,** | |
| Defendants. | |

COMES NOW, Defendant, JOHN JUNIOR CRUZ, through counsel, Phillip J. Tydingco of the Alternate Public Defender Office, hereby submits the proposed verdict form attached hereto for use in the instant case.

Dated at Hagåtña, Guam: April 3, 2006.

_____
PHILLIP J. TYDINGCO
Attorney for Defendant
JOHN JUNIOR CRUZ

PHILLIP J. TYDINGCO
Suite 902, Pacific News Building
238 AFC Flores Street,
Hagåtña, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238

Attorney for Defendant
JOHN JUNIOR CRUZ

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **06-00001** |
| Plaintiff, | |
| vs. | **VERDICT FORM** |
| PAULINE MARIE CASTRO, and **JOHN JUNIOR CRUZ,** | |
| Defendants. | |

**COUNT I**

**DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN JUNIOR CRUZ:

    /   /    NOT GUILTY of the offense of DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE as charged in Count 1 of the Indictment.

    /   /    GUILTY of the offense of DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE as charged in Count 1 of the Indictment.

## COUNT II

## DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN JUNIOR CRUZ:

/     /     NOT GUILTY of the offense of DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE as charged in Count 2 of the Indictment.

/     /     GUILTY of the offense of DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE as charged in Count 2 of the Indictment.

Dated this _____ day of April, 2006 at Hagatna, Guam.

_____
FOREPERSON