ALTERNATE PUBLIC DEFENDER
Suite 902, Pacific News Building
238 AFC Flores Street
Hagatña, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238

FILED
DISTRICT COURT OF GUAM
APR - 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>PAULINE MARIE CASTRO, and<br>JOHN JUNIOR CRUZ<br><br>     Defendants. | CRIMINAL CASE NO. **06-00001**<br><br>**CERTIFICATE OF SERVICE** |

  I, MICHAEL BORRETA, an employee of the Alternate Public Defender hereby certify that a filed copy of the Defendant's Jury Instructions, Defendant's Witness List, Defendant's (Proposed) Voir Dire, Defendant's (Proposed) Verdict Forms, Verdict Forms, Defendant's Exhibit List and Exhibits were duly hand-delivered on April 4, 2006 to:

     U.S. Attorney's Office
     Sirena Plaza
     108 Hernan Cortez, Ste. 500
     Hagatna, Guam 96910

  Dated this 4th day of April, 2006 at Hagatna, Guam.

              _____
              MICHAEL BORRETA
              Legal Clerk II