ORIGINAL

1  johncruz2ind

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Sirena Plaza Suite 500
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
APR - 5 2006
MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00001 |
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| v. | **CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE** [21 U.S.C. §§ 841(a)(1) & 846] (COUNT I) |
| JOHN JUNIOR CRUZ, | **DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE** (COUNTS II & III) |
| Defendant. | [18 U.S.C. § 2 & 21 U.S.C. § 841(a)(1)] |

THE GRAND JURY CHARGES:

### COUNT I - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

From on or about January 2005, and continuing to the end of July 2005, the exact date being unknown to the Grand Jury, in the District of Guam, the defendant JOHN JUNIOR CRUZ and Pauline Marie Castro, unindicted herein, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to distribute more than five (5) grams and less than fifty (50) grams of methamphetamine hydrochloride in violation to Title 21, United States Code, Sections 841(a)(1) and 846.

COUNT II - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE

On or about June 25, 2005, in the District of Guam, JOHN JUNIOR CRUZ, the defendant, and Pauline Marie Castro, unindicted herein, did knowingly and intentionally distribute approximately 7.7 grams net weight of methamphetamine hydrochloride (ice), a Schedule II controlled substance, in violation of Title 18, United States Code, § 2, and Title 21, United States Code, § 841(a)(1).

COUNT III - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE

On or about July 18, 2005, in the District of Guam, JOHN JUNIOR CRUZ, the defendant, and Pauline Marie Castro, unindicted herein, did knowingly and intentionally distribute approximately 3 grams net weight of methamphetamine hydrochloride (ice), a Schedule II controlled substance, in violation of Title 18, United States Code, § 2, and Title 21, United States Code, § 841(a)(1).

Dated this 5 day of April 2006.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney