IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE

**FILED**
DISTRICT COURT OF GUAM
APR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00001-002**    **DATE: April 6, 2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: J. HATTORI
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:40:29 - 10:54:37    CSO: B. Benavente

* * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** __JOHN JUNIOR CRUZ__    **ATTY :** __PHILLIP J. TYDINGCO__
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: FREDERICK BLACK    AGENT: PAUL GRIFFITH, D.E.A.

U.S. PROBATION: JUDY OCAMPO    U.S. MARSHAL: D. PUNZALAN / J. CURRY

**PROCEEDINGS: INITIAL APPEARANCE AND ARRAIGNMENT RE SUPERSEDING INDICTMENT**

( X ) DEFENDANT SWORN AND EXAMINED: AGE: ___   HIGH SCHOOL COMPLETED: _____
( X ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
(  ) GOV'T SUMMARIZES THE EVIDENCE     (  ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
       OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( X ) SUPERSEDING INDICTMENT
( X ) PLEA ENTERED:  ( ) *GUILTY*  ( X ) *NOT GUILTY* - TO: __ALL COUNTS IN SUPERSEDING INDICTMENT__
(  ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
(  ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED*  ( ) *REJECTED*
(  ) COURT ORDERS PLEA AGREEMENT *SEALED*
(  ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

(  ) TRIAL SET FOR: _____

(  ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(  ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )PROCESSING ( )DETENTION
(  ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL SERVICE

NOTES:
Defense counsel requested a short continuance to determine if he would need to file further motions or need additional time for trial. No objection. GRANTED. The Court set a status hearing for April 7, 2006 at 1:30 P.M.

*Courtroom Deputy:*

Case 1:06-cr-00001    Document 53    Filed 04/06/2006    Page 1 of 1