AO 83 (Rev. 12/85) Summons in a Criminal Case

RECEIVED
APR 05 2006
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
APR -6 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

**JOHN JUNIOR CRUZ**

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:     **CR-06-00001-002**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| Before:    **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Date and Time<br>**Thursday, April 6, 2006 at 10:30 a.m.** |

To answer a(n)
- [X] Superseding Indictment
- [ ] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**21:841(a)(1) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)**

**18:2 & 21:841(a)(1) - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE (COUNTS 2 and 3)**

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**April 5, 2006**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date 4/6/06 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
    at USMS, Hagatna Gu

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    4/6/06
            Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

ORIGINAL

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.