IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
STATUS CONFERENCE



FILED
DISTRICT COURT OF GUAM
APR -7 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-06-00001-002        DATE: April 7, 2006

HON. ROGER T. BENITEZ, District Judge, Presiding        Law Clerk: Kim Walmsley
Court Reporter: Wanda Miles        Courtroom Deputy: Glenn Rivera
Hearing Electronically Recorded: 8:39.20 - 8:49.20        CSO: N. Edrosa

* * * * * * * * * * * * * * * * * * * * * **APPEARANCES** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** JOHN JUNIOR CRUZ        **ATTY :** PHILLIP J. TYDINGCO
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.        ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: FREDERICK BLACK        AGENT: NONE PRESENT

U.S. PROBATION: CARMEN O'MALLAN        U.S. MARSHAL: V. ROMAN/D. PUNZALAN

**PROCEEDINGS: STATUS CONFERENCE**

( ) DEFENDANT SWORN AND EXAMINED: AGE: ___   HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT   ( ) INFORMATION   ( ) SUPERSEDING INDICTMENT
( ) PLEA ENTERED:   ( ) *GUILTY*   ( ) *NOT GUILTY* - TO:
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) TRIAL SET FOR: _____

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL SERVICE

NOTES:

JURY TRIAL RESET TO APRIL 11, 2006 AT 1:30PM

COURT INSTRUCTS ALL COUNSEL ON JURY INSTRUCTIONS AND WITNESS/EXHIBIT LISTS