paulinecastroexh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 10 2006

**MARY L.M. MORAN
CLERK OF COURT**

ORIGINAL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00001 |
| Plaintiff, | ) | |
| | ) | **UNITED STATES' AMENDED EXHIBIT LIST** |
| vs. | ) | |
| JOHN JUNIOR CRUZ, | ) | |
| Defendant. | ) | |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this 10th day of April 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 1A) | Tape of first call to Pauline Castro, 6/25/05 | _____ | _____ |
| 1B) | Transcript of conversation | _____ | _____ |
| 2A) | Tape of second call to Pauline Castro, 6/25/05 | _____ | _____ |
| 2B) | Transcript of conversation | _____ | _____ |
| 3A) | Tape of first call from Pauline Castro, 6/25/05 | _____ | _____ |
| 3B) | Transcript of conversation | _____ | _____ |
| 4A) | Tape of meeting with Pauline Castro, 6/25/05 | _____ | _____ |
| 4B) | Transcript of conversation | _____ | _____ |
| 5) | Packet of ice purchased 6/25/05 | _____ | _____ |
| 6A) | Tape of call to Pauline Castro, 7/18/05 | _____ | _____ |
| 6B) | Transcript of conversation | _____ | _____ |
| 7A) | Tape of call to John Cruz, 7/18/05 | _____ | _____ |
| 7B) | Transcript of conversation | _____ | _____ |
| 8A) | Tape of call from John Cruz, 7/18/05 | _____ | _____ |
| 8B) | Transcript of conversation | _____ | _____ |
| 9A) | Tape of meeting with Pauline Castro, 7/18/05 | _____ | _____ |
| 9B) | Transcript of conversation | _____ | _____ |
| 10) | Packet of ice purchased 7/18/05 | _____ | _____ |
| 11) | Lab analysis of packet purchased 6/25/05 | _____ | _____ |
| 12) | Lab analysis of packet purchased 7/18/05 | _____ | _____ |

i