PHILLIP J. TYDINGCO
Suite 902, Pacific News Building
238 AFC Flores Street,
Hagåtña, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238

Attorney for Defendant
JOHN JUNIOR CRUZ

**FILED**
DISTRICT COURT OF GUAM
APR 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAULINE MARIE CASTRO, and **JOHN JUNIOR CRUZ,**<br><br>Defendants. | CRIMINAL CASE NO. **06-00001**<br><br>**DEFENDANT'S AMENDED WITNESS LIST** |

COMES NOW, Defendant, JOHN JUNIOR CRUZ, through counsel, Phillip J. Tydingco of the Alternate Public Defender Office, hereby submits the following witness list:

1. SA John N. Quintanilla, Guam Field Office
2. SA Kenneth C. Torres, Guam Field Office
3. SA Danny Cho, DEA Guam Resident Office
4. SA Paul Griffith, DEA Guam Resident Office
5. Nancy Castro, Dededo
6. Pauline Castro, Dededo

Dated at Hagåtña, Guam: April 10, 2006

PHILLIP J. TYDINGCO
Attorney for Defendant JOHN JUNIOR CRUZ