PHILLIP J. TYDINGCO
Suite 902, Pacific News Building
238 AFC Flores Street,
Hagåtña, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238

Attorney for Defendant
JOHN JUNIOR CRUZ

**FILED**
DISTRICT COURT OF GUAM
APR 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAULINE MARIE CASTRO, and **JOHN JUNIOR CRUZ,**<br><br>Defendants. | CRIMINAL CASE NO. **06-00001**<br><br>**DEFENDANT'S SUPPLEMENTAL EXHIBIT LIST** |

COMES NOW, Defendant, JOHN JUNIOR CRUZ, through counsel, Phillip J. Tydingco of the Alternate Public Defender Office, hereby submits the following supplemental exhibits list:

| **EXHIBITS**: | Description | Date Identified | Date Admitted |
|---|---|---|---|
| S | Plea Agreement of Nancy Castro filed on 06/16/05 | | |
| T | 06/25/05, Written Statement by Nancy Castro, 1 page | | |
| U | 07/20/05, Written Statement by Nancy Castro, 2 pages | | |

Dated at Hagåtña, Guam: April 10, 2006.

_____
PHILLIP J. TYDINGCO
Attorney for Defendant JOHN JUNIOR CRUZ

**ORIGINAL**