ORIGINAL

paulinecastroexh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
APR 11 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00001 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES' SUPPLEMENTAL EXHIBIT NO. 4B** |
| JOHN JUNIOR CRUZ, ) | |
| Defendant. ) | |

COMES NOW the United States and hereby files with the Court a supplemental Exhibit No. 4B to be introduced in its case-in-chief:

Respectfully submitted this 10th day of April 2006.

                    LEONARDO M. RAPADAS
                    United States Attorney
                    Districts of Guam and NMI

By: _____
      KARON V. JOHNSON
      Assistant U.S. Attorney