DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MINUTES - TRIAL**



FILED
DISTRICT COURT OF GUAM
APR 11 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00001-002**  **DATE: APRIL 11, 2006**

********************************************************************************

HON. ROGER T. BENITEZ, Designated Judge, Presiding
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: 2:21.15 - 3:48.35;
4:10.09 - 4:53.37; 5:12.58 - 5:17.00

Law Clerk: None Present
Courtroom Deputy: Glenn Rivera
CSO: N. Edrosa / J. Lizama / L. Ogo

*********************** A P P E A R A N C E S ***********************

**DEFT JOHN JUNIOR CRUZ**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.

**ATTY PHILLIP J. TYDINGCO**
( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON

AGENT: PAUL GRIFFITH, DEA

U.S. PROBATION: NONE PRESENT

U.S. MARSHAL: V. ROMAN/D. PUNZALAN

********************************************************************************

**DAY NO. 1 OF JURY TRIAL**

( X ) JURY EMPANELED AND SWORN
(   ) OPENING STATEMENT BY THE  ___ Plaintiff  ___ Defendant
(   ) WITNESSES SWORN AND EXAMINED       (   ) EXHIBITS MARKED AND ADMITTED
     SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
(   ) CLOSING ARGUMENT BY THE ___ Plaintiff  ___ Defendant
( X ) TRIAL / JURY SELECTION CONTINUED TO: **WEDNESDAY, APRIL 12, 2006 at 1:00PM**
(   ) JURY CHARGED BY COURT
(   ) JURY DELIBERATE AT _____    (   ) JURY RETURNS VERDICT AT: _____
(   ) JURY VERDICT: _____
(   ) JURY POLLED   (   ) POLLING WAIVED   (   ) JURY DISCHARGED
(   ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

The Court conducted voir dire of prospective jurors.

**COURT IMPANELED FIRST 12 JURORS, AND WILL EMPANEL THE ALTERNATES TOMORROW AT 1:00PM.**