ORIGINAL

paulinecastroexh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
APR 12 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00001 |
| Plaintiff, | |
| vs. | **UNITED STATES' SECOND AMENDED EXHIBIT LIST** |
| JOHN JUNIOR CRUZ, | |
| Defendant. | |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this 12th day of April 2006.

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and NMI

By: _____
              KARON V. JOHNSON
              Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|
| 1A) Tape of first call to Pauline Castro, 6/25/05 | _____ | _____ |
| 1B) Transcript of conversation | _____ | _____ |
| 2A) Tape of second call to Pauline Castro, 6/25/05 | _____ | _____ |
| 2B) Transcript of conversation | _____ | _____ |
| 3A) Tape of first call from Pauline Castro, 6/25/05 | _____ | _____ |
| 3B) Transcript of conversation | _____ | _____ |
| 4A) Tape of meeting with Pauline Castro, 6/25/05 | _____ | _____ |
| 4B) Transcript of conversation | _____ | _____ |
| 5) Packet of ice purchased 6/25/05 | _____ | _____ |
| 6A) Tape of call to Pauline Castro, 7/18/05 | _____ | _____ |
| 6B) Transcript of conversation | _____ | _____ |
| 7A) Tape of call to John Cruz, 7/18/05 | _____ | _____ |
| 7B) Transcript of conversation | _____ | _____ |
| 8A) Tape of call from John Cruz, 7/18/05 | _____ | _____ |
| 8B) Transcript of conversation | _____ | _____ |
| 9A) Tape of meeting with Pauline Castro, 7/18/05 | _____ | _____ |
| 9B) Transcript of conversation | _____ | _____ |
| 10) Packet of ice purchased 7/18/05 | _____ | _____ |
| 11) Lab analysis of packet purchased 6/25/05 | _____ | _____ |
| 12) Lab analysis of packet purchased 7/18/05 | _____ | _____ |
| 13) Photograph of House | _____ | _____ |

i