DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL


**FILED**
DISTRICT COURT OF GUAM
APR 12 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-06-00001-002       DATE: APRIL 12, 2006

***

HON. ROGER T. BENITEZ, Designated Judge, Presiding     Law Clerk: None Present
Official Court Reporter: Wanda Miles       Courtroom Deputy: Glenn Rivera
Hearing Electronically Recorded: 1:22.31 - 1:26.10;   CSO: N. Edrosa / J. Lizama
1:33.24 - 2:03.47; 2:17.36 - 3:23.57; 3:48.40 - 5:03.24

***APPEARANCES***

**DEFT  JOHN JUNIOR CRUz**                    **ATTY  PHILLIP J. TYDINGCO**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.   ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                AGENT: PAUL GRIFFITH, DEA

U.S. PROBATION: NONE PRESENT                U.S. MARSHAL: V. ROMAN/D. PUNZALAN

***

DAY NO. **2** OF JURY TRIAL

( X ) JURY EMPANELED AND SWORN
( X ) OPENING STATEMENT BY THE  **X**  Plaintiff  **X**  Defendant
( X ) WITNESSES SWORN AND EXAMINED       ( X ) EXHIBITS MARKED AND ADMITTED
      SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ____Plaintiff ____Defendant
( X ) TRIAL CONTINUED TO: **THURSDAY, APRIL 13, 2006 at 1:00PM**
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____    ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED    ( ) POLLING WAIVED    ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

**The Court conducted voir dire of prospective alternate jurors.**

**COURT EMPANELED THE TWO ALTERNATES TODAY.**

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| JOHN JUNIOR CRUZ | Case Number: **CR-06-00001-002** |

| PRESIDING JUDGE<br>**ROGER T. BENITEZ** | PLAINTIFF'S ATTORNEY<br>**KARON JOHNSON** | DEFENDANT'S ATTORNEY<br>**PHILLIP J. TYDINGCO** |
|---|---|---|
| JURY TRIAL DATE (S)<br>**APRIL 12, 2006** | COURT REPORTER<br>**WANDA MILES** | COURTROOM DEPUTY<br>**GLENN RIVERA** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **John Q. Quintanilla c/s/t** |
| | | | | | | DE by Karon Johnson (2:25.00) |
| | 1A | | 4/12/06 | 4/12/06 | 4/12/06 | Tape of first call to Pauline Castro, 6/25/05. |
| | 2A | | 4/12/06 | 4/12/06 | 4/12/06 | Tape of second call to Pauline Castro, 6/25/05. |
| | 13 | | 4/12/06 | 4/12/06 | 4/12/06 | Photograph of defendant |
| | 3A | | 4/12/06 | 4/12/06 | 4/12/06 | Tape of first call from Pauline Castro, 6/25/05. |
| | 4A | | 4/12/06 | 4/12/06 | 4/12/06 | Tape of meeting with Pauline Castro, 6/25/05. |
| | 5 | | 4/12/06 | 4/12/06 | | Packet of ICE purchased 6/25/05. |
| | 11 | | 4/12/06 | 4/12/06 | | Lab analysis of packet purchased 6/25/05. |
| | | | | | | End of DE (3:23.25) |
| | | | | | | XE by Phillip J. Tydingco (3:48.40) |
| | | A | 4/12/06 | 4/12/06 | | 7/7/05, ATF EF 3120.2 FORM, 3 PAGES |
| | | | | | | End of XE (4:14.00) |
| | | | | | | RDE by Karon Johnson (4:14.20) |
| | | | | | | End of RDE (4:20.20) |
| | | | | | | RXE by Phillip J. Tydingco (4:20.35) |
| | | | | | | End of RXE (4:21:40) |
| | | | | | | |
| | | | | | | **Kenneth Torres c/s/t** |
| | | | | | | DE by Karon Johnson (4:23.30) |
| | 6A | | 4/12/06 | 4/12/06 | 4/12/06 | Tape of call to Pauline Castro, 7/18/05 |
| | 7A | | 4/12/06 | 4/12/06 | 4/12/06 | Tape of call to John Cruz, 7/18/05 |
| | 7B | | 4/12/06 | 4/12/06 | | Transcript of conversation of Exhibit 7A |
| | 8A | | 4/12/06 | 4/12/06 | 4/12/06 | Tape of call from John Cruz, 7/18/05 |
| | 8B | | 4/12/06 | 4/12/06 | | Transcript of conversation of Exhibit 8A |
| | 9A | | 4/12/06 | 4/12/06 | 4/12/06 | Tape of meeting with Pauline Castro, 7/18/05 |
| | 10 | | 4/12/06 | 4/12/06 | | Packet of ICE purchased 7/18/05 |
| | | | | | | End of DE (4:49.03) |
| | | | | | | **END OF DAY 2** |