DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL


FILED
DISTRICT COURT OF GUAM
APR 13 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-06-00001-002        DATE: APRIL 13, 2006
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| HON. ROGER T. BENITEZ, Designated Judge, Presiding | Law Clerk: None Present |
| Official Court Reporter: Wanda Miles | Courtroom Deputy: Glenn Rivera |
| Hearing Electronically Recorded: 1:11.48 -2:22.21; 2:48.01 - 4:12.30; 4:29.34 - 4:59.52 | CSO: N. Edrosa / J. Lizama |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* A P P E A R A N C E S \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT  JOHN JUNIOR CRUz**                        **ATTY  PHILLIP J. TYDINGCO**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.     ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                       AGENT: PAUL GRIFFITH, DEA

U.S. PROBATION: NONE PRESENT                       U.S. MARSHAL: V. ROMAN/J. CURRY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DAY NO.  3  OF JURY TRIAL

( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE    ___ Plaintiff    ___ Defendant
( X ) WITNESSES SWORN AND EXAMINED        ( X ) EXHIBITS MARKED AND ADMITTED
         SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ____Plaintiff  ____Defendant
( X ) TRIAL CONTINUED TO:  FRIDAY, APRIL 14, 2006 at 9:00AM
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____    ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED    ( ) POLLING WAIVED    ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

**COURT EXCUSES JUROR NO. 9 AND IS REPLACED WITH ALTERNATE JUROR NO. 7.**

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| JOHN JUNIOR CRUZ | Case Number: CR-06-00001-002 |

| PRESIDING JUDGE **ROGER T. BENITEZ** | PLAINTIFF'S ATTORNEY **KARON JOHNSON** | DEFENDANT'S ATTORNEY **PHILLIP J. TYDINGCO** |
|---|---|---|
| JURY TRIAL DATE(S) **APRIL 13, 2006** | COURT REPORTER **WANDA MILES** | COURTROOM DEPUTY **GLENN RIVERA** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | XE of Kenneth Torres by Phillip J. Tydingco (1:35.00) |
| | | | | | | End of XE (2:10.10) |
| | | | | | | RDE by Karon Johnson (2:10.20) |
| | | | | | | End of RDE (2:18.45) |
| | | | | | | RXE by Phillip J. Tydingco (2:18.55) |
| | | | | | | End of RXE (2:21.35) |
| | | | | | | |
| | | | | | | DE of Frank Santos (2:48.01) |
| | 12 | | 4/13/06 | 4/13/06 | | Lab analysis of packet purchased 7/18/05 |
| | | | | | | End of DE (2:52.05) |
| | | | | | | XE by Phillip J. Tydingco (2:52.20) |
| | | H | 4/13/06 | 4/13/06 | | 7/19/05, DEA 7 Form, Lab Report, 1page |
| | | | | | | End of XE (2:57.58) |
| | | | | | | |
| | | | | | | DE of Nancy Castro by Karon Johnson (2:59.00) |
| | | | | | | End of DE (3:43.30) |
| | | | | | | XE by Phillip J. Tydingco (3:44.30) |
| | | S | 4/13/06 | 4/13/06 | 4/13/06 | Plea agreement of Nancy Castro filed on 6/16/05 |
| | | T | 4/13/06 | 4/13/06 | | 6/25/05; Written statement by Nancy Castro, 1 page |
| | | | | | | End of XE (4:40.15) |
| | | | | | | RDE by Karon Johnson (4:40.22) |
| | | | | | | End of RDE (4:48.50) |
| | | | | | | RXE by Phillip J. Tydingco (4:49.19) |
| | | | | | | End of RXE (4:52.15) |
| | | | | | | |
| | | | | | | END OF DAY 3 |