**FILED**
DISTRICT COURT OF GUAM
APR 13 2006
MARY L.M. MORAN
CLERK OF COURT

04-13-06

Sorry For Happen today coz, I'm very nervous coz I did not understand English good and speack English good.

— Ramil K. Rodrigos

CR-06-00001