DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MINUTES - TRIAL**


FILED
DISTRICT COURT OF GUAM
APR 14 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-06-00001-002            DATE: APRIL 14, 2006
*********************************************************************************************

HON. ROGER T. BENITEZ, Designated Judge, Presiding | Law Clerk: None Present
Official Court Reporter: Wanda Miles | Courtroom Deputy: Glenn Rivera
Hearing Electronically Recorded: 9:20.09 - 10:22.50 | CSO: N. Edrosa / J. Lizama

********************************** A P P E A R A N C E S **********************************

**DEFT  JOHN JUNIOR CRUZ** | **ATTY  PHILLIP J. TYDINGCO**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R. | ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON | AGENT: PAUL GRIFFITH, DEA

U.S. PROBATION: NONE PRESENT | U.S. MARSHAL: V. ROMAN/J. CURRY

*********************************************************************************************

### DAY NO. __4__ OF JURY TRIAL

( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE   ___ Plaintiff   ___ Defendant
( X ) WITNESSES SWORN AND EXAMINED      ( X ) EXHIBITS MARKED AND ADMITTED
    SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ____Plaintiff ____Defendant
( X ) TRIAL CONTINUED TO: __MONDAY, APRIL 17, 2006 at 9:00AM__
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____    ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED    ( ) POLLING WAIVED    ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

(X) OTHER MATTER(S):

**DEFENSE ORAL MOTION TO STRIKE WITNESS NANCY CASTRO'S TESTIMONY - DENIED.**
**DEFENSE ORAL RULE 29 MOTION FOR DISMISSAL - DENIED AS TO COUNTS 1 AND 3,**
**RESERVED AS TO COUNT 2.**

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| JOHN JUNIOR CRUZ | Case Number: CR-06-00001-002 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ROGER T. BENITEZ | KARON JOHNSON | PHILLIP J. TYDINGCO |
| JURY TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| APRIL 14, 2006 | WANDA MILES | GLENN RIVERA |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | Wit Monica Price C/S/T |
| | | | | | | DE by Karon Johnson (9:20:09) |
| | 11 | | 4/12/06 | 4/12/06 | 4/14/06 | Lab analysis of packet purchased 6/25/05. |
| | 5 | | 4/12/06 | 4/12/06 | 4/14/06 | Packet of ICE purchased 6/25/05. |
| | | | | | | End of DE (9:36.45) |
| | | | | | | XE by PHILLIP J. TYDINGCO (9:37.00) |
| | | | | | | End of XE (9:39.30) |
| | | | | | | |
| | | | | | | Wit John Ryan C/S/T |
| | | | | | | DE by Karon Johnson (9:40.00) |
| | 10 | | 4/12/06 | 4/12/06 | 4/14/06 | Packet of ICE purchased 7/18/05 |
| | 12 | | 4/13/06 | 4/13/06 | 4/14/06 | Lab analysis of packet purchased 7/18/05 |
| | | | | | | End of DE (9:45.45) |
| | | | | | | XE by PHILLIP J. TYDINGCO(9:46.15) |
| | | | | | | End of XE(9:48.00) |
| | | | | | | |
| | | | | | | END OF DAY 4 |