DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MINUTES - TRIAL**


FILED
DISTRICT COURT OF GUAM
APR 17 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00001-002**     **DATE: APRIL 17, 2006**
*******************************************************************************

HON. ROGER T. BENITEZ, Designated Judge, Presiding         Law Clerk: None Present
Official Court Reporter: Wanda Miles                        Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 9:10:35 - 10:36:36**     CSO: N. Edrosa / J. McDonald
10:54:35 - 11:13:21; 5:02:35 - 5:04:10

****************************** A P P E A R A N C E S ******************************

**DEFT  JOHN JUNIOR CRUZ**                                   **ATTY  PHILLIP J. TYDINGCO**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.             ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                                 AGENT: PAUL GRIFFITH, DEA

U.S. PROBATION: NONE PRESENT                                 U.S. MARSHAL: C. MARQUEZ / G. PEREZ

*******************************************************************************

### DAY NO. _5_ OF JURY TRIAL

( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE     ___ Plaintiff    ___ Defendant
( ) WITNESSES SWORN AND EXAMINED          ( ) EXHIBITS MARKED AND ADMITTED
    SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
(X) CLOSING ARGUMENT BY THE    _X_ Plaintiff   _X_ Defendant
(X) TRIAL CONTINUED TO:  APRIL 18, 2006 at 9:00 A.M.
(X) JURY CHARGED BY COURT
(X) JURY DELIBERATE AT  11:07 a.m.    ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED    ( ) POLLING WAIVED     ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

(X) OTHER MATTER(S):

**The Court and parties discussed jury instructions. Alternate Juror no. 2 excused.**