4-17-06

WE THE JUROR'S RESPECTFULLY ASK FOR A CIGARETTE BREAK.

THANK YOU.

[signature] (FOREMAN) #9

[signature] #12

**FILED**
DISTRICT COURT OF GUAM
APR 17 2006
MARY L.M. MORAN
CLERK OF COURT