4.18.06

DEAREST JUDGE
 WOULD IT BE OK TO HAVE A ~~CIG~~ CIGARETTE BREAK?

THANK YOU,

(FOREMAN)

**FILED**
DISTRICT COURT OF GUAM
APR 18 2006
MARY L.M. MORAN
CLERK OF COURT

---

## USA vs. JOHN JUNIOR CRUZ
## CR-06-00001-002