6.18.06 10:35 AM

Dear Judge Benitez,

We the Juror's would like a cigarette break.

Thank you,

(Fore Person)

**FILED**
DISTRICT COURT OF GUAM

APR 1 8 2006

MARY L.M. MORAN
CLERK OF COURT