4.18.06 1:35

Honorable Judge Benitez,
   We the jurors have ~~to~~ reached a verdict.

Thank you,
[signature] (Foreperson)

**FILED**
DISTRICT COURT OF GUAM
APR 18 2006
MARY L.M. MORAN
CLERK OF COURT

**USA vs. JOHN JUNIOR CRUZ**
**CR-06-00001-002**