FILED
DISTRICT COURT OF GUAM
APR 18 2006
MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN JUNIOR CRUZ,

    Defendant.

Criminal Case No. 06-00001-002

**VERDICT FORM**

## COUNT I

**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled cause, find the Defendant, JOHN JUNIOR CRUZ, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, Conspiracy to Distribute Methamphetamine Hydrochloride:

    (  ) ~~NOT GUILTY~~

    (X) GUILTY

We, the Jury, unanimously find that the quantity of Methamphetamine Hydrochloride was more than five (5) grams and less than fifty (50) grams:

    (X) YES

    (  ) ~~NO~~

# COUNT II

## DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled cause, find the Defendant, JOHN JUNIOR CRUZ, in violation of Title 21, United States Code, Section 841(a)(1), Distribution Methamphetamine Hydrochloride:

( ) ~~NOT GUILTY~~

( X ) GUILTY

We, the Jury, unanimously find that the quantity of Methamphetamine Hydrochloride was 7.7 grams net weight:

( X ) YES

( ) ~~NO~~

## COUNT III

## DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled cause, find the Defendant, JOHN JUNIOR CRUZ, in violation of Title 21, United States Code, Section 841(a)(1), Distribution Methamphetamine Hydrochloride:

( ) ~~NOT GUILTY~~

(X) GUILTY

~~We, the Jury, unanimously find that the quantity of Methamphetamine Hydrochloride was approximately two (2) ounces or greater~~ *JTB*

DATED this 18TH day of April 2006, at Hagåtña, Guam.


FOREPERSON