DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL



FILED
DISTRICT COURT OF GUAM
APR 18 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-06-00001-002      DATE: APRIL 18, 2006

*********************************************************************

HON. ROGER T. BENITEZ, Designated Judge, Presiding | Law Clerk: None Present
Official Court Reporter: Wanda Miles | Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 2:12:56 - 2:26:14** | CSO: N. Edrosa / J. Lizama / B. Benavente

********************************** A P P E A R A N C E S **********************************

**DEFT  JOHN JUNIOR CRUZ** | **ATTY  PHILLIP J. TYDINGCO**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R. | ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON | AGENT: PAUL GRIFFITH, DEA

U.S. PROBATION: NONE PRESENT | U.S. MARSHAL: C. MARQUEZ

*********************************************************************

## DAY NO.  6  OF JURY TRIAL

( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE      ___ Plaintiff   ___ Defendant
( ) WITNESSES SWORN AND EXAMINED          ( ) EXHIBITS MARKED AND ADMITTED
    SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE   ___Plaintiff   ___Defendant
( ) TRIAL CONTINUED TO: _____
( ) JURY CHARGED BY COURT
( X ) JURY DELIBERATE AT  9:00 A.M.    ( X ) JURY RETURNS VERDICT AT:  2:12 P.M.
( X ) JURY VERDICT:   GUILTY - COUNTS I, II & III
( ) JURY POLLED    ( X ) POLLING WAIVED     ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( X ) SENTENCING:  AUGUST 3, 2006 AT 9:00 A.M.
( X ) PRESENTENCE REPORT ORDERED AND DUE TO COURT:  JULY 12, 2006
( X ) PRESENTENCE REPORT ORDERED AND DUE TO PARTIES:  JUNE 9, 2006
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

( X ) OTHER MATTER(S):

**DEFENSE ORAL RULE 29 MOTION FOR DISMISSAL - DENIED AS TO COUNT II.**