We the Jury request a smoke break, please...

*[signature]*

**FILED**
DISTRICT COURT OF GUAM

APR 18 2006

MARY L.M. MORAN
CLERK OF COURT

---

**USA vs. JOHN JUNIOR CRUZ**
**CR-06-00001-002**