ORIGINAL

1 johncruzstp

2 LEONARDO M. RAPADAS
United States Attorney
3 KARON V. JOHNSON
Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
5 Hagatna, Guam 96910
Telephone: (671) 472-7332
6 Telecopier: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
JUN 26 2006
MARY L.M. MORAN
CLERK OF COURT

7 Attorneys for the United States of America

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE TERRITORY OF GUAM

| | |
|---|---|
| 10 UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00001 |
| 11 Plaintiff, | |
| 12 vs. | **STIPULATION OF PARTIES TO CONTINUE SENTENCING DATE** |
| 13 JOHN JUNIOR CRUZ, | |
| 14 Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Phillip J. Tydingco, hereby move this Honorable Court for an order to continue the sentencing in this case, now set for August 3, 2006, at 9:00 a.m. The parties request the sentencing date be continued because the government attorney will be off-island, and will be returning to Guam August 18. The parties are requesting a sentencing date in the week August 21 - 25, 2006.

DATED: 6/26/06

PHILLIP J. TYDINGCO
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATED: 6/23/06        By: KARON V. JOHNSON
Assistant U.S. Attorney