```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  KARON V. JOHNSON
    Assistant U.S. Attorney
 3  Suite 500, Sirena Plaza
    108 Hernan Cortez Avenue
 4  Hagatna, Guam 96910
    Telephone: (671) 472-7332
 5  Telecopier: (671) 472-7334

 6  Attorneys for the United States of America
```

**FILED**
DISTRICT COURT OF GUAM

JUN 27 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00001 |
|---|---|---|
| Plaintiff, | ) | ORDER TO CONTINUE SENTENCING DATE |
| vs. | ) | |
| JOHN JUNIOR CRUZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the sentencing date of John Junior Cruz is hereby continued until the until the 20th day of September, 2006, at 9:30 a.m. before the Honorable Morrison C. England.

6/27/2006
Date

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam