PHILLIP J. TYDINGCO
ALTERNATE PUBLIC DEFENDER
Suite 902, Pacific News Building
238 AFC Flores Street
Hagatña, Guam 96910
Telephone: (671) 475-3234
Facsimile: (671) 475-3238

Attorney for Defendant Canovas

**FILED**
DISTRICT COURT OF GUAM
SEP 18 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN JUNIOR CRUZ, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 06-00001 <br><br> ORDER |

Based on the defendant's motion to continue sentencing date herein,

**IT IS HEREBY ORDERED** that the sentencing date of John Junior Cruz, currently scheduled for September 20, 2006, be continued to Tuesday, October 10, 2006, at 10:30 a.m.

Dated this 18th day of September 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam