ALTERNATE PUBLIC DEFENDER
Suite 902, Pacific News Building
238 AFC Flores Street
Hagatña, Guam 96910
Tel: 475-3234 ✦ Fax 475-3238

FILED
DISTRICT COURT OF GUAM
OCT - 6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAULINE MARIE CASTRO, and<br>**JOHN JUNIOR CRUZ**<br><br>　　　　　Defendants. | CRIMINAL CASE NO. **06-00001**<br><br>**CERTIFICATE OF SERVICE** |

    I, NORMA L. SALAS, an employee of the Alternate Public Defender hereby certify that a filed copy of the Motion to File Defendant's Sentencing Memorandum and Response to Presentence Report Under Seal and Response to Final Presentence Report; Certificate of Service (Lodged Under Seal) were duly hand-delivered on October 6, 2006 to:

U.S. Attorney's Office
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam   96910

Dated this 6th day of October, 2006 at Hagatna, Guam.

_____
Norma L. Salas
Investigator

ORIGINAL