

**FILED**
DISTRICT COURT OF GUAM
OCT 10 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

HON. JOHN C. COUGHENOUR, U. S. DISTRICT JUDGE

Deputy Clerk: Julie Mahnke

Court Reporter: Wanda Miles      Date Oct 10, 2006

## SENTENCING MINUTES     10:34 - 10:35:45

CASE NO. CR-06-1    U. S. v. John Junior Cruz

U.S. Atty: Johnson    Deft.Atty: Tydingco

USPO _____ Intrp. _____

Guideline range determined by the court: Total Offense Level____
Criminal History Category____ Imprisonment range:_____ months
Supervised release range_____ Fine range:_____

**SENTENCE IMPOSED:** ( ) IMPRISONMENT FOR A TERM OF____ months

( ) SUPERVISED RELEASE  ( ) PROBATION   FOR A TERM OF____ years

CONDITIONS OF SUPERVISION/PROBATION:
( ) Standard conditions and those set forth in the PSI.
( ) Substance abuse conditions ( ) Mental health conditions
( ) Financial Conditions ( ) No re-entry into U.S. without permission.
( ) Fine waived    ( ) Fine in the amount of_____
( ) Restitution in the sum of_____
( ) Necessary Penalty Assessment for each count must be paid.
( ) Cost of incarceration ( ) to be paid  ( ) waived.
The Court departs from the guidelines for the following reasons:
 those set forth in the PSI.
( ) Deft. is permitted to self-report. ( ) Deft. remains in custody.
( ) Deft. is remanded to the custody of the U. S. Marshal.
( ) Motion to dismiss remaining counts is granted.
( ) Court recommends incarceration at_____
( ) Defendant advised of right to appeal.
OTHER: Cont'd to 10/11/06 @ 10:00