```
                    UNITED STATES DISTRICT COURT
                          DISTRICT OF GUAM
```



FILED
DISTRICT COURT OF GUAM
OCT 11 2006
MARY L.M. MORAN
CLERK OF COURT

HON. JOHN C. COUGHENOUR, U. S. DISTRICT JUDGE

Deputy Clerk: Julie Mahnke

Court Reporter: Miles          Date 10/11/06

---
                    SENTENCING MINUTES         9:58:50 - 10:08:30
---

CASE NO CR06-1       U. S. v. John Junior Cruz

U.S. Atty: Johnson        Deft.Atty: Tydingco

USPO S. Guilliot   Intrp. _____

Guideline range determined by the court: Total Offense Level____
Criminal History Category____ Imprisonment range:_____ months
Supervised release range_____   Fine range:_____

**SENTENCE IMPOSED:** (✓) IMPRISONMENT FOR A TERM OF 60 months - concurrent

(✓) SUPERVISED RELEASE  ( ) PROBATION   FOR A TERM OF 4 years Ct 1 & 2
                                                        3 "   Ct 3 concurrent

CONDITIONS OF SUPERVISION/PROBATION:
(✓) Standard conditions and those set forth in the PSI.
( ) Substance abuse conditions ( ) Mental health conditions
( ) Financial Conditions ( ) No re-entry into U.S. without permission.
( ) Fine waived    ( ) Fine in the amount of_____
( ) Restitution in the sum of_____
(✓) Necessary Penalty Assessment for each count must be paid.
( ) Cost of incarceration ( ) to be paid   ( ) waived.
The Court departs from the guidelines for the following reasons:
 those set forth in the PSI.
( ) Deft. is permitted to self-report. (✓) Deft. remains in custody.
( ) Deft. is remanded to the custody of the U. S. Marshal.
( ) Motion to dismiss remaining counts is granted.
(✓) Court recommends incarceration at West Coast
(✓) Defendant advised of right to appeal.
OTHER: