1  PHILLIP J. TYDINGCO
   ALTERNATE PUBLIC DEFENDER
2  Suite 902, Pacific News Building
   238 AFC Flores Street, Hagåtña, Guam 96910
3  Telephone: (671) 475-3234
   Facsimile: (671) 475-3238



**FILED**
DISTRICT COURT OF GUAM

OCT 17 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **06-00001-002** |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| JOHN JUNIOR CRUZ, | |
| Defendant. | |

NOTICE is hereby given that the Defendant, JOHN JUNIOR CRUZ, by and through his counsel, Phillip J. Tydingco of the Alternate Public Defender Office, appeals to the United States Court of Appeals for the Ninth Circuit, from the conviction only. Fed. R. Crim. P. 32(b). The jury trial in the above-entitled matter was held on or between April 10, 2006 and April 17, 2006, and the presiding district court judge was the Honorable Roger T. Benitez. On October 11, 2006, the Honorable John C. Coughenour imposed a sentence of sixty (60) months to run concurrently for each charge. Entry of Judgment was filed on October 12, 2006. Mr. Cruz is currently remanded to the custody of the United States Marshal. A transcript of the trial is also required.

Respectfully submitted this 17th day of October, 2006.

ALTERNATE PUBLIC DEFENDER:
Attorneys for Defendant John Junior Cruz

_____
PHILLIP J. TYDINGCO

**ORIGINAL**