1  ALTERNATE PUBLIC DEFENDER
   Suite 902, Pacific News Building
2  238 AFC Flores Street
   Hagatña, Guam 96910
3  Tel: 475-3234 ✦ Fax 475-3238

4

5           IN THE UNITED STATES DISTRICT COURT

6                   DISTRICT OF GUAM

7  UNITED STATES OF AMERICA,              )  CRIMINAL CASE NO. **06-00001-02**
                                          )
8                         Plaintiff,      )
                                          )
9      vs.                                )
                                          )
10 PAULINE MARIE CASTRO, and              )  **CERTIFICATE OF SERVICE**
   **JOHN JUNIOR CRUZ**                   )
                                          )
11                        Defendants.     )
                                          )
12                                        )
                                          )
13 _____   )

14        I, MICHAEL BORRETA, an employee of the Alternate Public Defender hereby certify

15 that a filed copy of the Notice of Appeal and a true and exact copy of the Motion to Withdraw as

16 Counsel; Declaration of Counsel; Certificate of Service to be filed with the Ninth Circuit of

17 Appeals was duly hand-delivered on October 17, 2006 to:

18                         U.S. Attorney's Office
                              Sirena Plaza
19                      108 Hernan Cortez, Ste. 500
                           Hagatna, Guam   96910
20

21    Dated this 17th day of October, 2006 at Hagatña, Guam.

22

                       ORIGINAL        MICHAEL BORRETA
                                       Legal Clerk II