| | | | |
|---|---|---|---|
| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS <br> TRANSCRIPT ORDER | | FOR COURT USE ONLY <br> DUE DATE: |

Read Instructions on Back.

| 1. NAME <br> Phillip J. Tydingco | 2. PHONE NUMBER <br> (671) 475-3234 | 3. DATE <br> October 18, 2006 | |
|---|---|---|---|
| 4. MAILING ADDRESS Suite 902, Pacific News Building <br> 238 AFC Flores Street | 5. CITY <br> Hagatna | 6. STATE <br> Guam | 7. ZIP CODE <br> 96910 |
| 8. CASE NUMBER <br> CR-06-00001-002 | 9. JUDICIAL OFFICIAL <br> Coughenour | DATES OF PROCEEDINGS <br> 10. FROM April 11, 2006  11. TO April 18, 2006 | |
| 12. CASE NAME <br> USA vs JOHN JUNIOR CRUZ | | LOCATION OF PROCEEDINGS <br> 13. CITY Hagatna  14. STATE Guam | |

15. ORDER FOR
- [X] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [X] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) | |
| [X] OPENING STATEMENT (Plaintiff) | April 12, 2006 | Nancy Gosho 4-12-06 | |
| [X] OPENING STATEMENT (Defendant) | April 12, 2006 | Kenneth Torres | |
| [X] CLOSING ARGUMENT (Plaintiff) | April | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [X] CLOSING ARGUMENT (Defendant) | April | John Quintanilla | |
| [X] OPINION OF COURT | April 18, 2006 | Paul Griffith | |
| [X] JURY INSTRUCTIONS | April 17-18, 2006 | [ ] OTHER (Specify) Frank Santos | |
| [ ] SENTENCING | | Rule 29, motion for Dismissal | |
| [ ] BAIL HEARING | | | |

**FILED**
DISTRICT COURT OF GUAM
NOV - 6 2006
MARY L.M. MORAN
CLERK OF COURT

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE /s/ Phillip J. Tydingco
19. DATE November 1, 2006

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY
COURT ADDRESS

| ORDER RECEIVED | DATE 11/06/06 | BY RGN | |
|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

(Previous editions of this form may still be used)  ORIGINAL - COURT COPY  YELLOW - TRANSCRIPTION COPY  GREEN - ORDER RECEIPT  PINK - ORDER COPY