**FILED**
NOV 20 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. JOHN JUNIOR CRUZ, Defendant - Appellant. | No. 06-10639 D.C. No. CR-06-00001-2-RBL District of Guam, Agana ORDER |

**FILED**
DISTRICT COURT OF GUAM
NOV 22 2006
MARY L.M. MORAN
CLERK OF COURT

Before: Peter L. Shaw, Appellate Commissioner

The motion of Phillip J. Tydingco, Esq., of the Alternate Public Defender's Office, 238 Archbishop Flores Street, Hagåtña, Guam 96910, (671) 475-3234, to withdraw as counsel is granted. Appellant's motion for appointment of new counsel is granted. New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission on Mary L. M. Moran, Clerk of Court, District Court of Guam, Office of the Clerk, 4th Floor, United States Courthouse, 520 W. Soledad Avenue, Hagåtña, Guam 96910, (FAX: (671) 473-9152), who will locate appointed counsel. The district court shall provide this court with the name and address of appointed counsel within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by January 2, 2007. The transcript is due February 1, 2007. Appellant's opening brief and excerpts of record are due March 13, 2007; appellee's answering brief is due April 12, 2007;

06-10639

and the optional reply brief is due within 14 days after service of the answering brief.

The Clerk shall serve this order on former counsel.

                                                                         /s/ Peter L. Shaw
                                                                          General Order 6.3(e)