# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **06-00001-002** |
|---|---|
| Plaintiff, | Court of Appeals No. **06-10639** |
| vs. | **APPOINTMENT ORDER** |
| **JOHN JUNIOR CRUZ,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **G. PATRICK CIVILLE** is appointed to represent the defendant in the above-entitled case pursuant to the Order issued from the Ninth Circuit Court of Appeals, filed November 22, 2006.

Dated this 27th day of November, 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**