UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Court of Appeals** |
| | ) | **Docket Number  06-10639** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | District Court |
| | ) | Docket Number  **CR-06-00001-002** |
| | ) | |
| JOHN JUNIOR CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF RECORD

This Certificate is submitted in conformance with the U.S. Court of Appeals for the Ninth Circuit Rule 11-2.  The record on appeal, consisting of reporter(s) transcripts (if any) and the U.S. District Court clerk's record is ready for the purpose of the appeal.  This record is available for use by the parties in the office of the District Court Clerk.

The documents comprising the District Court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedures.  These documents numbers are reflected on the District Court docket sheet and should be used for reference purposes in the briefs.

Appeals in Habeas Corpus and 28 U.S.C. §2255 Motion to Vacate Sentence cases are treated as civil appeals in the Court of Appeals.  Criminal appeal briefing schedules have been set by Time Schedule Order and no new schedule will be issued upon the filing of this document.

MARY L. M. MORAN, Clerk of Court
DISTRICT COURT OF GUAM

By: _/s/ Marilyn B. Alcon_
Deputy Clerk

cc: Karon Johnson
G. Patrick Civille

Dated: ____November 30, 2006____

| | | | | |
|---|---|---|---|---|
| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: | |
| | TRANSCRIPT ORDER | | | |

Read Instructions on Back.

| 1. NAME | 2. PHONE NUMBER | 3. DATE | |
|---|---|---|---|
| Phillip J. Tydingco | (671) 475-3324 | October 18, 2006 | |
| 4. MAILING ADDRESS Suite 902, Pacific News Building | 5. CITY Hagatna | 6. STATE Guam | 7. ZIP CODE 96910 |
| 8. CASE NUMBER CR-06-00001-002 | 9. JUDICIAL OFFICIAL Dougherty | DATES OF PROCEEDINGS | |
| | | 10. FROM April 11, 2006 | 11. TO April 18, 2006 |
| 12. CASE NAME USA vs JOHN JR JOE CRUZ | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Hagatna | 14. STATE Guam |

15. ORDER FOR
- [ ] APPEAL
- [x] CRIMINAL
- [x] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) | |
| [x] OPENING STATEMENT (Plaintiff) | April 12, 2006 | Nancy Cruz 4-12-06 | |
| [x] OPENING STATEMENT (Defendant) | April 12, 2006 | Kenneth Knox | |
| [x] CLOSING ARGUMENT (Plaintiff) | April | John Quintanilla | |
| [x] CLOSING ARGUMENT (Defendant) | April | Paul Sostre | |
| [x] OPINION OF COURT | April 18, 2006 | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [x] JURY INSTRUCTIONS | April 17-18, 2006 | [ ] OTHER (Specify) Frank Knotts | |
| [ ] SENTENCING | | Rule 29 Motion for Dismissal | |
| [ ] BAIL HEARING | | | |

FILED
DISTRICT COURT OF GUAM
NOV - 6 2006
MARY L.M. MORAN
CLERK OF COURT

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE /s/
19. DATE November 1, 2006

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY