

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

FILED
DISTRICT COURT OF GUAM
SEP 1 3 2007
JEANNE G. QUINATA
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | C.A. #06-10639 |
| Appellee, ) | D.C. #CR-06-00001-002-JCC |
| ) | |
| - vs - ) | |
| ) | CLERK'S CERTIFICATE |
| JOHN JUNIOR CRUZ, ) | OF TRANSMITTAL |
| ) | |
| Appellant. ) | |

**UNITED STATES OF AMERICA**
**DISTRICT COURT OF GUAM**

I, Jeanne G. Quinata, Clerk of the District Court of Guam, for the Territory of Guam, do hereby certify that pursuant to Rule 11 of the Federal Rules of Appellate Procedure Section (a) and (b) for the United States Court of Appeals, I am transmitting herein to the United States Court of Appeals for the Ninth Circuit said documents consecutively numbered according the filing date as shown in the Docket Sheet, attached hereto.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the said District Court of Guam, this 13th day of September, 2007.

JEANNE G. QUINATA
CLERK, DISTRICT COURT OF GUAM

By: _Marilyn B. Alcon_
Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Appellee,<br><br>- vs -<br><br>JOHN JUNIOR CRUZ,<br><br>            Appellant. | )<br>)<br>)  C.A. #06-10639<br>)  D.C. #CR-06-00001-002-JCC<br>)<br>)<br>)<br>)<br>)<br>) |

RECORD ON APPEAL

FROM THE TERRITORY OF GUAM

RECORD ON APPEAL
(AVAILABLE ELECTRONICALLY)
REPORTER'S TRANSCRIPT
(DOC #140, DOC #141 and DOC #145)

THE HONORABLE JOHN C. COUGHENOUR

<u>NAMES AND ADDRESSES OF ATTORNEYS OF RECORD</u>

Karon V. Johnson
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910

G. Patrick Civille
Civille and Tang, PLLC
330 Hernan Cortez Avenue
Hagatna, Guam 96910



# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
www.gud.uscourts.gov
Telephone: (671) 473-9100; Facsimile: (671) 473-9152

**JEANNE G. QUINATA**
Clerk of Court

September 13, 2007

Ms. Cathy Catterson
OFFICE OF THE CLERK
U.S. COURT OF APPEALS
 FOR THE NINTH CIRCUIT
95 Seventh Street
P.O. Box 193939
San Francisco, California 94119-3939

Re: **C.A. No. 06-10639 - Criminal Case No. 06-00001-00-JCC**
 **U.S.A. - vs - John Junior Cruz**

Dear Ms. Catterson:

In reference to the above-entitled matter, forwarded is the record transmittal form consisting of the following:

- Record on Appeal
- Reporter's Transcript **(Doc #140, Doc # 141 and Doc #145)**
- Docket Sheet

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosures
**NOTE: Please return documents when finished. Please acknowledge receipt on attached letter.**