DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06-00001 |
| Plaintiff, | |
| vs. | |
| JOHN JUNIOR CRUZ, | Order re Resentencing |
| Defendants. | |

On February 20, 2008, the court received the judgment in this matter from the Ninth Circuit Court of Appeals reversing in part the District Court's judgment and remanding the case back to this court for resentencing as to Count III. Accordingly, the court hereby schedules this case for resentencing on May 21, 2008 at 9:30 a.m.. The Probation Office is ordered to submit an Amended Presentence Report by April 30, 2008 and, the U.S. Marshal is ordered to transport the defendant to Guam by April 10, 2008.

SO ORDERED.

/s/ **Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Mar 24, 2008**