CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for John Junior Cruz*



**FILED**
DISTRICT COURT OF GUAM

MAY 13 2008 ᴘᴅ

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE 06-00001 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED MOTION TO CONTINUE SENTENCING** |
| JOHN JUNIOR CRUZ, | ) | |
| Defendant. | ) | |

The parties in the above-entitled matter, through counsel, hereby motion this Honorable Court to continue the resentencing currently scheduled for May 21, 2008. The parties request that the resentencing be scheduled for a date convenient to the Court after May 28, 2008. The basis for the requested continuance is that counsel for Defendant Cruz has long standing plans to be off island from May 14 through May 28, 2008. Counsel will be traveling with a group of about 20 people on a tour which involves considerable non-refundable travel and hotel expenses. Counsel

///

///

///

is unable to alter these travel plans. Counsel is the only attorney in his office who handles criminal trial matters, and the only attorney in his office who is a member of the CJA panel.

DATED this 12th day of May, 2008.

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and NMI

By: _/s/ Karon V. Johnson_
**KARON V. JOHNSON**
Assistant U.S. Attorney

**CIVILLE & TANG, PLLC**

By: _/s/ G. Patrick Civille_
**G. PATRICK CIVILLE**
*Attorney for Defendant John Junior Cruz*