**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for John Junior Cruz*

### IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE 06-00001 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER RE STIPULATED MOTION** |
| ) | **TO CONTINUE SENTENCING** |
| JOHN JUNIOR CRUZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the stipulated motion of the parties and for good cause shown,

IT IS HEREBY ORDERED that the resentencing hearing currently scheduled for May 21, 2008, is hereby continued to May 29, 2008, at 9:30 a.m.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
    **Chief Judge**
**Dated: May 13, 2008**