# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**UNITED STATES OF AMERICA**

## NOTICE

V.

**JOHN JUNIOR CRUZ**     CASE NUMBER: **CR-06-00001-002**

TYPE OF CASE:
☐ CIVIL     **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

### RE-SENTENCING ON COUNT 3

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>May 29, 2008 at 9:30 a.m. | RESCHEDULED TO DATE AND TIME<br><br>May 30, 2008 at 9:45 a.m. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| May 23, 2008 | /s/ Carmen B. Santos |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:     U. S. Attorney's Office
         G. Patrick Civille
         U.S. Probation Office
         U.S. Marshals Service