# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00001-002  DATE: May 30, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos  Electronically Recorded: 10:01:12 - 10:16:14

**APPEARANCES:**

Defendant: John Junior Cruz  Attorney: G. Patrick Civille
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter:  Language:

**PROCEEDINGS: Re-Sentencing on Count III**
- Defendant committed to the Bureau of Prisons for a term of <u>33 months, with credit for time served</u>.
- Court recommends defendant participate in a drug treatment program.
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 years</u>.
- Special assessment fee of $75.00 to be credited to defendant.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: